No. 793.  PORTER, PRICE ADMINISTRATOR, *v.* WARNER HOLDING Co.  March 11, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.  *Solicitor General McGrath* for petitioner. *R. H. Fryberger* and *George W. Townsend* for respondent.

No. 606.  ODOM *v.* UNITED STATES.  March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Benjamin E. Pierce* for petitioner.  *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 782.  BALLARD ET AL. *v.* UNITED STATES.  March 25, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  *Roland Rich Woolley, Ralph C. Curren* and *Joseph F. Rank* for petitioners.  *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 843.  SECURITIES & EXCHANGE COMMISSION *v.* W. J. HOWEY Co. ET AL.  March 25, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Solicitor General McGrath* and *Roger S. Foster* for petitioner.  *C. E. Duncan* and *George C. Bedell* for respondents.

No. 809.  UNITED STATES *v.* LOVETT;
No. 810.  UNITED STATES *v.* WATSON; and
No. 811.  UNITED STATES *v.* DODD.  March 25, 1946. Petition for writs of certiorari to the Court of Claims granted.  *Solicitor General McGrath* for the United